IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLATIF NASSER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-764 (CKK) |
| BARACK H. OBAMA, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## RESPONDENTS' NOTICE OF FILING

In accordance with the Court's Minute Order of June 21, 2012, Respondents have submitted their Amended Factual Return to the Court Security Officer for filing. The filing contains information that is classified and/or protected pursuant to the relevant protective order entered in this matter.

Dated:  September 19, 2012            Respectfully submitted,

                                            STUART F. DELERY
                                            Acting Assistant Attorney General

                                            JOSEPH H. HUNT
                                            Branch Director (DC Bar No. 431134)

                                            TERRY M. HENRY
                                            JAMES J. GILLIGAN
                                            Assistant Branch Directors

                                             /s/ *Eric J. Soskin*
                                            ANDREW I. WARDEN
                                            TIMOTHY B. WALTHALL
                                            PAUL A. DEAN
                                            ERIC J. SOSKIN (PA Bar No. 200663)

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Suite 5134
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 305-2685
*Attorneys for Respondents*