IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLATIF NASSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-764 (CKK) |
| ) | |
| BARACK H. OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## JOINT STATUS REPORT

In accordance with the parties' Joint Motion to Stay Proceedings of December 4, 2015 (ECF No. 250), and the Court's Minute Order of September 7, 2016, the parties hereby provide a joint status report to the Court.

On July 11, 2016, the Periodic Review Board ("PRB") issued a final determination regarding Petitioner. Respondents hereby notify the Court of the Periodic Review Board's ("PRB") recent recommendation that Petitioner be transferred to another country with appropriate security assurances. Recognizing the importance of ensuring that Guantanamo Bay detainees are not held any longer than necessary, the PRB conducts hearings in order to determine whether continued custody of Guantanamo Bay detainees such as Petitioner remains necessary to protect against a continuing significant threat to the security of the United States. See Exec. Order 13567, 76 Fed. Reg. 13277 (Mar. 7, 2011) (establishing the PRB process).

The PRB final determination here finds that continued law of war detention of Petitioner is no longer necessary and recommends Petitioner for transfer "to Morocco, with the appropriate

security assurances as negotiated by the Special Envoys and agreed to by relevant USG departments and agencies." http://www.prs.mil/Portals/60/Documents/ISN244/ 20160711_U_ISN244_FINAL_DETERMINATION_PUBLIC.pdf.   In light of the PRB's determination, the parties have conferred and agreed that a continued stay of this proceeding is warranted.

The parties anticipate filing another joint status report in six months, on or before March 9, 2017.

Dated:  September 9, 2016                                   Respectfully Submitted,

/s/ *Thomas Anthony Durkin*

THOMAS ANTHONY DURKIN
(IL Bar No. 697966)
JANIS D. ROBERTS
(IL Bar No. 6191124)
Durkin & Roberts
2446 N Clark St
Chicago, IL 60614
Tel: 312-913-9300
Attorneys for Petitioner


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/ *Eric J. Soskin*
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)

Attorneys
United States Department of Justice

2

Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Suite 7116
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*