UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULLATIF NASSER,
    Petitioner,

v.

BARACK OBAMA, *et al.*,
    Respondents.

Civil Action No. 05-764 (CKK)

**ORDER**
(January 19, 2017)

For the reasons stated in the Court's January 19, 2017 Memorandum Opinion in this matter, the Court hereby **ORDERS** that Petitioner's [257] Emergency Motion for Order Effecting Release is **DENIED**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge