# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| Abdul Latif Nasser | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:05-cv-00764 |
| Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Abdul Latif Nasser pursuant to Local Civil Rules 83.2(g) and 83.6(a).

Date: April 25, 2017

s/ Sheby Sullivan-Bennis
*Attorney's signature*

Shelby Sullivan-Bennis
*Printed name and bar number*

NY Bar #5364278
405 Lexington Ave.
Suite 62
New York, NY 10174
*Address*

shelby.sullivan-bennis@reprieve.org
*E-mail address*

401-835-4214
*Telephone number*

N/A
*FAX number*