IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLATIF NASSER, | ) )  ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-764 (CKK) ) |
| BARACK H. OBAMA, *et al.*, | ) ) |
| Respondents. | ) ) |

**JOINT STATUS REPORT**

In accordance with the parties' Joint Motion to Stay Proceedings of December 4, 2015 (Dkt. 250), the Joint Status Report of March 9, 2017 (Dkt. 264), and the Court's Minute Order of March 13, 2017, the parties hereby provide the following joint status report to the Court.

Counsel for the parties have consulted and agree that the stay of further proceedings in this matter should continue pending the anticipated filing of a motion by Petitioner. However, the parties have agreed that an additional three-week extension of time to file a status report proposing the nature of the motion and a proposed briefing schedule as required in the March 31, 2017, order is appropriate. Petitioner's counsel has diligently conferred with co-counsel, and others related to these proceedings, about the nature of the anticipated motion; but additional time is necessary to articulate the exact nature of the motion and the amount of time that will be necessary to obtain all necessary documents in support of the motion and, thus, to propose a realistic briefing schedule to the Court.

Therefore, the parties would request a three-week extension of time to file a further status report, on or before June 30, 2017, setting forth the nature of Petitioner's motion and the proposed briefing schedule. This request is made in good faith and not for purposes of delay.

Case 1:05-cv-00764-CKK   Document 267   Filed 06/09/17   Page 2 of 2

Dated:  June 9, 2016                                        Respectfully Submitted,


/s/ *Thomas Anthony Durkin*
THOMAS ANTHONY DURKIN
(IL Bar No. 697966)

/s/ *Janis D. Roberts*
JANIS D. ROBERTS
(IL Bar No. 6191124)

DURKIN & ROBERTS
2446 North Clark Street
Chicago, IL 60614
Tel: 312-913-9300

/s/ *Shelby Sullivan-Bennis*
SHELBY SULLIVAN-BENNIS
REPRIEVE
405 Lexington Avenue
62nd Floor
New York, NY
Tel: 401-835-4214
*Attorneys for Petitioner*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/ *Eric J. Soskin*
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Suite 7116
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*