IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
ABDULLATIF NASSER )
)
      Petitioner, )
)
      v. )  Civil Action No. 05-764 (CKK)
)
DONALD J. TRUMP, *et al.*, )
)
      Respondents. )
_____)

## JOINT STATUS REPORT

In accordance with the parties' Joint Motion to Stay Proceedings of December 4, 2015 (Dkt. 250), the Joint Status Report of March 9, 2017 (Dkt. 264), the Joint Status Report of June 30, 2017 (Dkt. 268), the Joint Status Report of December 18, 2017 (Dkt. 271), and the Court's Minute Order of September 27, 2017, the parties hereby provide a further joint status report to the Court.

As explained in the March 9, 2017 Joint Status Report, the Periodic Review Board ("PRB") issued a final determination regarding Petitioner, recommending that Petitioner be transferred to another country with appropriate security assurances. See Unclassified Summary of Final Determination, ECF No. 259-1 (filed Jan. 18, 2017); Mem. Op. at 1-2, ECF No. 262 (filed Jan. 19, 2017).  Respective counsel for the parties continue to confer and discuss the possible nature and scope of further proceedings in this matter, including the potential motion by Petitioner referenced in the parties' previous Joint Status Reports.  At this time, counsel for the parties agree that the stay of further proceedings should continue pending those discussions. The parties therefore propose filing a further status report on or before March 15, 2018.

Dated:  December 15, 2017                                              Respectfully Submitted,

/s/ *THOMAS A. DURKIN*
THOMAS ANTHONY DURKIN
(IL Bar No. 697966)
JANIS D. ROBERTS
(IL Bar No. 6191124)

DURKIN & ROBERTS
2446 North Clark Street
Chicago, IL 60614
Tel: 312-913-9300
*Attorneys for Petitioner*

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/ *ERIC J. SOSKIN*
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Suite 7116
Washington, DC 20001
Tel: (202) 514-1500
Fax: (202) 616-8470
*Attorneys for Respondents*