IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLATIF NASSER, <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | Civil Action No. 05-764 (CKK) |

## JOINT STATUS REPORT

In accordance with the Court's Minute Order of January 3, 2018, the parties hereby provide a further joint status report to the Court.

On January 11, 2018, Petitioner, filed the motion referenced in the January 3, 2018 Minute Order, and ten other habeas petitioners filed identical motions in eight other habeas actions in this Court.  *See* ECF No. 274.  On January 18, 2018, pursuant to the conclusion of the Calendar and Case Management Committee that these motions should be referred to one district judge, the Court entered a Minute Order referring ECF No. 274 to Judge Thomas F. Hogan for resolution.  On February 16, 2018, Respondent filed its opposition to ECF No. 274, *see* ECF No. 290, to which Petitioner replied on March 9, 2018.  *See* ECF No. 291.

Aside from activity related to ECF No. 274, the parties do not anticipate any further proceedings in this Court within the next 90 days.  The parties therefore propose filing a further status report on or before June 15, 2018.

Dated: March 15, 2018                                                        Respectfully Submitted,

/s/ *THOMAS A. DURKIN*
THOMAS ANTHONY DURKIN
(IL Bar No. 697966)
JANIS D. ROBERTS
(IL Bar No. 6191124)

DURKIN & ROBERTS
2446 North Clark Street
Chicago, IL 60614
Tel: 312-913-9300
*Attorneys for Petitioner*

CHAD A. READLER
Acting Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/ *ERIC J. SOSKIN*
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW Suite 7116
Washington, DC 20001
Tel: (202) 514-1500
Fax: (202) 616-8470
*Attorneys for Respondents*