UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>04-CV-1194, 04-CV-1254, 04-CV-2022, 05-CV-0023,<br>05-CV-0764, 05-CV-1048, 05-CV-1506, 05-CV-1592,<br>05-CV-1607, 05-CV-1983, 05-CV-2104, 05-CV-2348,<br>05-CV-2371, 05-CV-2380, 05-CV-2386, 06-CV-1690,<br>06-CV-1725, 07-CV-2337, 08-CV-1207, 08-CV-1360,<br>09-CV-0745, 09-CV-1462, 10-CV-1020, 15-CV-0681,<br>16-CV-2358, 17-CV-1928 |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Andrew Warden as counsel for the Respondents in the above-captioned cases. All future correspondence and other communications regarding these cases should be directed to Mr. Warden at the address and phone number below.

Dated: October 10, 2018

Respectfully submitted,

Andrew I. Warden
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 7301
Washington, DC 20005
Tel: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

*Counsel for Respondents*