IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                              )        Misc. No. 08-mc-442
                                        )
GUANTANAMO BAY         )        Civil Action Nos.
DETAINEE LITIGATION  )
                                        )        04-cv-1194, 04-cv-1254, 04-cv-2022, 05-cv-0023,
                                        )        05-cv-0764, 05-cv-1607, 05-cv-2348, 05-cv-2386,
                                        )        06-cv-1725, 07-cv-2337, 08-cv-1207, 08-cv-1360,
                                        )        08-cv-1440, 09-cv-0745, 09-cv-1385, 10-cv-1020,
                                        )        17-cv-1928
_____)

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk and all parties of record:

Please enter the following change of address for Ronald J. Wiltsie as counsel for Respondents in the above-captioned cases.  All future correspondence and other communications regarding these cases should be directed to Mr. Wiltsie at the address, e-mail address, and telephone numbers below (please note that the e-mail address, telephone number, and fax number are unchanged).

October 11, 2018                                            Respectfully submitted,

                                                                      /s/ Ronald J. Wiltsie
                                                                    RONALD J. WILTSIE (D.C. Bar No. 431562)
                                                                    Senior Trial Attorney
                                                                    United States Department of Justice
                                                                    Civil Division, Federal Programs Branch
                                                                    1100 L Street, NW
                                                                    Room 7301
                                                                    Washington DC 20005
                                                                    Tel: (202) 307-1401
                                                                    Fax: (202) 616-8460
                                                                    E-mail: ronald.wiltsie@usdoj.gov

                                                                    Attorney for Respondents