# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893),<br>ABDUL LATIF NASSER (ISN 244),<br>SHARQAWI AL HAJJ (ISN 1457),<br>SANAD AL KAZIMI (ISN 1453),<br>SUHAIL SHARABI (ISN 569),<br>HANI SALEH RASHID ABDULLAH (ISN 841),<br>ABDUL RABBANI (ISN 1460),<br>AHMED RABBANI (ISN 1461),<br>ABDUL RAZAK (ISN 685),<br>ABDUL MALIK (ISN 10025),<br>ABU ZUBAYDAH (ISN 10016),<br><br>     Petitioners,<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     Respondents. | CASE NOS.<br><br>04-cv-1194 (TFH) (ISN 569)<br>05-cv-23 (UNA) (ISN 841)<br>05-cv-764 (CKK) (ISN 244)<br>05-cv-1607 (RCL) (ISNs 1460, 1461)<br>05-cv-2386 (RBW) (ISNs 893, 1453)<br>08-cv-1360 (EGS) (ISN 10016)<br>08-cv-1440 (CKK) (ISN 10025)<br>09-cv-745 (RCL) (ISN 1457)<br>10-cv-1020 (RJL) (ISN 685) |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned is hereby withdrawing as counsel for *Amicus Curiae* Muslim Advocates in the above-referenced action, as she is no longer employed with Muslim Advocates. *Amicus Curiae* Muslim Advocates will continue to be represented by other counsel of record.

2

Dated: August 17, 2019                                  Respectfully submitted,

                                                      */s/ Sirine Shebaya*
                                                     Sirine Shebaya (D.C. Bar No. 1019748)
                                                     P.O. Box 42219
                                                     Washington, D.C. 20015
                                                     sirine.shebaya@aya.yale.edu
                                                     Tel: (202) 656-4788

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

                                              By:  */s/ Sirine Shebaya*