IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
ABDULLATIF NASSER )
)
      Petitioner, )
)
      v. )   Civil Action No. 05-764 (CKK)
)
DONALD J. TRUMP, *et al.*, )
)
      Respondents. )
_____)

## JOINT STATUS REPORT

In accordance with the parties' Joint Status Report of September 17, 2019, the parties hereby provide a further joint status report to the Court.

On January 11, 2018, Petitioner, filed the motion referenced in the January 3, 2018 Minute Order, and ten other habeas petitioners filed identical motions in eight other habeas actions in this Court. *See* ECF No. 274. On January 18, 2018, pursuant to the conclusion of the Calendar and Case Management Committee that these motions should be referred to one district judge, the Court entered a Minute Order referring ECF No. 274 to Judge Thomas F. Hogan for resolution. On February 16, 2018, Respondent filed its opposition to ECF No. 274, *see* ECF No. 290, to which Petitioner replied on March 9, 2018. *See* ECF No. 291. Argument took place on this motion before Judge Hogan on July 11, 2018, and the motion remains pending.

Aside from activity related to ECF No. 274, the parties do not anticipate any further proceedings in this Court within the next 90 days. The parties therefore propose filing a further status report on or before March 15, 2020.

Dated: December 13, 2019                                           Respectfully Submitted,

/s/_____
THOMAS ANTHONY DURKIN
(IL Bar No. 697966)
JANIS D. ROBERTS
(IL Bar No. 6191124)

DURKIN & ROBERTS
2446 North Clark Street
Chicago, IL 60614
Tel: 312-913-9300
*Attorneys for Petitioner*

JOSEPH H. HUNT
Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/_____ _____ _
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*