**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IMRAN, *et al.*, | |
| *Petitioner*, | |
| v. | 1:05-cv-00764-CKK |
| DONALD J. TRUMP, *et al.*, | |
| *Respondents*. | |

**RESPONDENTS' NOTICE OF**
**WITHDRAWAL OF APPEARANCE AS TO ROBERT PRINCE**

Respondents hereby provide notice that, as of May 24, 2020, undersigned counsel Robert J. Prince has taken a new job and will no longer be employed by the Federal Programs Branch of the U.S. Department of Justice Civil Division. Accordingly, Mr. Prince provides notice of his withdrawal of appearance as to all Respondents. Respondents will continue to be represented by other Department of Justice attorneys who have entered appearances in this case and have not themselves withdrawn.

| | |
|---|---|
| May 22, 2020 | Respectfully submitted, |//

May 22, 2020                                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Robert J. Prince*
ROBERT J. PRINCE
D.C. Bar No. 975545
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11010
Washington, DC 20005
Tel: (202) 305-3654
Email: robert.prince@usdoj.gov

*Counsel for Defendant*