IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULLATIF NASSER | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-764 (CKK) |
| DONALD J. TRUMP, *et al.*, | ) | |
| Respondents. | ) | |

## JOINT STATUS REPORT

In accordance with the parties' Joint Status Report of March 13, 2020, the parties hereby provide a further joint status report to the Court.

On January 11, 2018, Petitioner, filed the motion referenced in the January 3, 2018 Minute Order, and ten other habeas petitioners filed identical motions in eight other habeas actions in this Court. *See* ECF No. 274. On January 18, 2018, pursuant to the conclusion of the Calendar and Case Management Committee that these motions should be referred to one district judge, the Court entered a Minute Order referring ECF No. 274 to Judge Thomas F. Hogan for resolution. On February 16, 2018, Respondent filed its opposition to ECF No. 274, *see* ECF No. 290, to which Petitioner replied on March 9, 2018. *See* ECF No. 291. Argument took place on this motion before Judge Hogan on July 11, 2018 and the motion remains pending.

Based upon the decision of the U.S. Court of Appeals for the District of Columbia on May 15, 2020 in *Ali v. Trump*, No. 18-5297, 959 F.3d 264 (D.C. Cir. 2020), Petitioner filed a motion: "Unopposed Emergency Motion for Leave to Modify his Position in the Ongoing Litigation in Light of The DC Court of Appeals' Decision in *Ali v. Trump*, and for Permission to Supplement the Record and File a Supplemental Brief," in recognition that his case differed from

those in the mass petition. (Dkt. #324). This motion was filed on August 7, 2020 and was granted the same day.

The Court set a briefing schedule, which ordered Petitioner's Supplemental Brief to be filed by September 7, 2020. Petitioner then filed on August 28, 2020, an unopposed motion to extend time to file his supplemental brief. The requested extension of 45 days was granted, with the Supplemental Brief now due to be filed by October 23, 2020. The initial briefing schedule gave the government thirty days (October 7, 2020) to file a responsive brief and fourteen days (October 21, 2020) for Petitioner to file a reply brief. New dates for these briefs have not been set since the extension. However, following the same amounts of days given, the government's response would now be due November 23, 2020, and the Petitioner's reply would be due December 7, 2020. Counsel would request that those dates be ordered accordingly.

Other than the briefing and disposition of this motion, the parties do not anticipate any further proceedings in this Court within the next 90 days. The parties, therefore, propose filing a further status report on or before December 15, 2020.

Dated: September 15, 2020

Respectfully Submitted,


/s/ _____
THOMAS ANTHONY DURKIN
(IL Bar No. 697966)
JANIS D. ROBERTS
(IL Bar No. 6191124)

DURKIN & ROBERTS
2446 North Clark Street
Chicago, IL 60614
Tel: 312-913-9300

BERNARD E. HARCOURT
(NY Bar No. 2356970)
COLUMBIA LAW SCHOOL
435 West 116th Street
New York, NY 10027
TEL: 212-854-1997
*Attorneys for Petitioner*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

TERRY M. HENRY
 Assistant Branch Director

 /s/ _____
ANDREW I. WARDEN
ERIC J. SOSKIN (PA Bar No. 200663)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20001
Tel: (202) 353-0533
Fax: (202) 616-8470
*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the Joint Status Report to be filed with the Court and served on counsel for Respondents via the Court's CM/ECF system.

Respectfully Submitted,

/s/ Thomas Anthony Durkin
Thomas Anthony Durkin
(IL Bar No. 697966)
DURKIN & ROBERTS
515 W. Arlington Pl.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com